Karyn H. Bucur, Esq.
State Bar No. 158608
24881 Alicia Parkway
#E193
Laguna Hills, California 92653
(949) 472-1092

Attorney for Petitioner
Manuel Mendoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDOZA, | ) Case No.: CV 03-06194 SJO |
| Petitioner, | ) **DEATH PENALTY CASE** |
| v. | ) **AMENDED** EX PARTE APPLICATION BY |
| | ) KARYN H. BUCUR, ESQ. FOR |
| JEANNE WOODFORD, Warden of | ) APPOINTMENT OF SECOND COUNSEL; |
| California State Prison at San | ) MEMORANDUM OF POINTS AND |
| Quentin, | ) AUTHORITIES; DECLARATION OF |
| | ) KARYN H. BUCUR, ESQ. |
| Respondent. | ) DECLARATION OF DARLENE M. |
| | ) RICKER, PROPOSED ORDER FILED |
| | ) SEPARATELY |

COMES NOW the petitioner Manuel Mendoza through his appointed counsel Karyn H. Bucur, Esq., and respectfully moves this Court pursuant to Local Rules 83-17.1 and 83-17.4 for the appointment as second counsel for petitioner.

This **amended** ex parte application is based on the records and files of this case, the attached amendment, the ex parte application served on September 29, 2003, and the attached

declarations of Darlene M. Ricker, Esq. and of Karyn H. Bucur, Esq.

Dated: October 24, 2003

*Karyn H. Bucur*
Karyn H. Bucur
Counsel for Mr. Mendoza

**AMENDED EX PARTE APPLICATION FOR APPOINTMENT OF SECOND COUNSEL**

On September 29, 2003, counsel served an ex parte application for appointment of counsel in the above-entitled death penalty case. Counsel would like to amend that ex parte application as follows: Counsel respectfully requests that Darlene M. Ricker, Esq. be appointed as second counsel instead of Tina Long Rippy, Esq. because Ms. Rippy no longer serves on the Ninth Circuit Appellate panel.

Ms. Ricker is a member of the Capital Habeas Attorney Panel in both the Central and Northern Districts of California. (Declaration of Darlene M. Ricker). Ms. Ricker has had extensive experience with capital cases. (Declaration of Darlene M. Ricker).

On October 24, 2003, counsel spoke with Ms. Ricker. Counsel explained to Ms. Ricker the nature of this case, the potential issues involved, and the length of the record. Ms. Ricker expressed a willingness to accept this appointment and stated that she has the time to properly devote to it.

Amended Ex Parte Application - 2

Counsel has worked with Ms. Ricker in the past. Ms. Ricker and counsel both represent appellants in a very large Mexican Mafia appeal. The record in that case exceeds 30,000 pages. Counsel worked together, coordinated efforts with several other attorneys, and produced a joint brief. The name of the case is <u>United States v. Frank Fernandez, et. al.</u>, 01-50082, 01-50088, 01-50162, 01-50373, 01-50513 and it is still pending in the Ninth Circuit.

As Ms. Ricker's declaration shows, she is "qualified" within the meaning of Title 21 United States Code section 848(q)(6)("admitted to practice in the court of appeals for not less than five years, and must have had not less than three years experience in the handling of appeals in the court in felony cases.)

As mentioned in ex parte application served on September 29, 2003, there are well over 100 legal issues to evaluate and possible new issues. If Ms. Ricker is appointed on this case, counsel plans on dividing the responsibilities so that the efforts are not duplicated. Due to the anticipated legal work, and the short time period to prepare the petition under the statute, counsel believes that she cannot effectively represent petitioner without co-counsel.

Counsel requests that Ms. Ricker be appointed as "co-counsel" and be compensated at the same rate as counsel. Both

attorneys plan on sharing the work equally. Counsel plan on beginning the investigation and preparation of the petition by reading and digesting the trial transcript, identifying claims, speaking with the client and former counsel, and then divide the responsibility for specific claims. Accordingly, it is counsel's request that they be compensated at the same hourly rate.

To avoid repetition, counsel incorporates the remainder of the legal arguments from the ex parte application into this amended ex parte application.

Based on this Court's authority under Title 21 United States Code section 848(q)(7) and Local Rule 83-17 et seq., and the good cause set forth herein and in the attached declarations, counsel respectfully requests that the Court appoint Darlene M. Ricker, Esq. as co-counsel is this case at the rate of $125.00.

Dated: October 24, 2003

*Karyn H. Bucur*
Karyn H. Bucur
Counsel for Mr. Mendoza

## Declaration of Karyn H. Bucur

1. I am an attorney at law. I am licensed in the State of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would so competently.

2. On October 24, 2003, I spoke with Darlene M. Ricker, Esq. I explained to her the nature of this case, the potential issues involved, and the length of the record. Ms. Ricker informed me that is willing to accept this appointment and stated that she has the time to properly devoted to it.

3. I have worked with Ms. Ricker in the past. We both represent appellants in a very large Mexican Mafia appeal still pending in the Ninth Circuit. The record in that case exceeded 30,000 pages. We worked together with other attorneys and produced a joint brief. The name of the case is <u>United States v. Frank Fernandez, et. al.</u>, 01-50082, 01-50088, 01-50162, 01-50373, 01-50513.

4. In this case, the state habeas petition is 519 pages and contains approximately 29 issues and 100 subissues.

5. I also read the published opinion from Mr. Mendoza's direct appeal. That opinion revealed that there are approximately 30 issues and subissues to explore.

6. The reporter's transcript and the clerk's transcript consist of 5700 pages. I was informed by Gary Garcia, deputy state public defender that there are still several boxes of record and related material to be forwarded to me.

7. Based on my preliminary evaluation, I believe that the statute of limitations may expire in approximately 12 months in this case barring any tolling of the statute. Due to the 100 plus legal issues and investigation of possible new issues in the guilt and penalty phase, I believe it is necessary to appoint second counsel to equally share the responsibility to file the petition for a writ of habeas corpus.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 24, 2003

*Karyn H. Bucur*
Karyn H. Bucur

## DECLARATION OF COUNSEL
## [DARLENE M. RICKER]

I, DARLENE M. RICKER, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. I was admitted to the State Bar of California in 1990 and to the District of Columbia Bar in 1991. Since 1990, I have practiced almost exclusively federal criminal law.

3. My qualifications are as follows:

    (a) I am a member of the Capital Habeas Attorney Panel in both the Central and Northern Districts of California. I am lead counsel in the capital habeas case of Bradford v. Woodford (Central Dist. Cal.) No. CV-6453-RSWL (which is currently stayed in the federal court pending state exhaustion) and was appointed lead counsel in the high-profile capital habeas case of David Welch v. Woodford (N. Dist. Cal.) (multiple homicides) (I withdrew for geographic reasons to permit a Bay Area attorney to substitute into the case);

    (b) I have been qualified for "dual appointments" in capital cases (direct appeal and habeas) by the California Supreme Court. I am lead counsel in the multiple-homicide case of People v. Randall Clark Wall, S044693 (California Supreme Court), a dual appointment;

1

(c) I formerly worked on several high-profile capital murder cases in this district with attorney Peter Giannini of Los Angeles, most notably: <u>Kelvin Malone v. Calderon</u> (CV-96-4040-WJR) and <u>Earl Jones v. Calderon</u> (CV-94-816-WMB). In 1998, I assisted Mr. Giannini on <u>People v. John Orr</u>, a three-month capital murder trial in Los Angeles Superior Court, in which the defendant had been convicted of several federal arsons and was capitally charged with four murders. The case resulted in a sentence of life without parole;

(d) I have extensive federal criminal experience at the trial and appellate levels since 1990. I was a member of the CJA Attorney (trial) Panel for the Central District of California (Santa Ana) and the Southern District of California from 1992-94. I have been a member of the Ninth Circuit Attorney Panel in the Central District of California since 1992 and the Southern District of California since 2001;

(e) In 2000, I was appointed as learned (capital) counsel in the federal death-eligible case of *United States v. Allan Arthur Figueroa*, # CR 01-88-RT, in the Central District (federal prison murder). The case settled for a plea of aggravated assault in January 2003; and

(f) I am stand by counsel in the federal death-eligible case of *United States v. McElhiney*, CR 02-938-GHK-008 (Cent. Dist. Cal.) (Aryan Brotherhood/RICO murders).

DATED: October 23, 2003

*/s/ M. Ricker*
DARLENE M. RICKER

2

## CERTIFICATE OF SERVICE

I, the undersigned declare: that I am a citizen of the United States and a resident of Orange County and employed in Laguna Hills, California; that my business address is 24881 Alicia Parkway, E193, Laguna Hills, California 92653; that I am over the age of 18 years; that I am not a party to the above-entitled action; that I placed in a U.S. Post Box in the City of Laguna Hills, on, a copy of AMENDED EX PARTE APPLICATION FOR APPOINTMENT OF SECOND COUNSEL, DECLARATIONS of Karyn H. Bucur and Darlene Ricker, AND PROPOSED ORDER addressed to:

SEE ATTACHED LIST

This Certificate is executed on the date shown below, at Laguna Hills, California.

*Karyn H Bucur*
Karyn H. Bucur

Dated: October 25, 2003

```
CV 03-6194 SJO: Manuel Mendoza v. Jeanne Woodford
Service List re: Order Appointing Counsel
```

Maria E. Stratton
Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

Manuel Mendoza
CDC #E-06400
San Quentin, CA 94974

Paul Roadarmel
Deputy Attorney General
300 South Spring Street, #5018
Los Angeles, CA 90013

Michael G. Millman
California Appellate Project
One Ecker Place, Suite 400
San Francisco, CA 94105

Lauren Weis, Deputy Attorney
County of LA, Appellate Division
210 West Temple, 18th Floor
Los Angeles, CA 90012

Clerk of Court
Los Angeles Superior Court
111 North Hill Street, Room 105E
Los Angeles, CA 90012

Jeanne Woodford, Warden
San Quentin State Prison
San Quentin, CA 94974

Death Penalty Habeas Law Clerks
U.S. District Court
312 North Spring Street
Los Angeles, CA 90012

Keith Borjon, Capital Case Coordinator
Deputy Attorney General
300 South Spring Street
#8003
Los Angeles, CA 90013

Gary D. Garcia
Deputy State Public Defender
221 Main Street, 10th Floor
San Francisco, CA 94105