```
1  KARYN H. BUCUR, ESQ.
   State Bar No. 158608
2  24881 Alicia Parkway, #E193
   Laguna Hills, California 92653
3  (949) 472-1092

4  DARLENE M. RICKER, ESQ.
   State Bar No. 151653
5  29170 Heathercliff Road, Suite 4
   Malibu, California 90265
6  (310) 457-8600

7  Attorneys for Petitioner
   MANUEL MENDOZA
8
```

Lodged ORDER

FILED 2004 JUL 15 PM 1:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDOZA, <br><br> Petitioner, <br><br> v. <br><br> JEANNE WOODFORD, Warden of California State Prison at San Quentin, <br><br> Respondent. | Case No.: CV 03-06194 SJO <br><br> **DEATH PENALTY CASE** <br><br> PETITIONER'S REQUEST FOR ONE-DAY EXTENSION OF TIME IN WHICH TO FILE REVISED BUDGET PROPOSAL; DECLARATION OF DARLENE RICKER <br><br> [PROPOSED] ORDER LODGED |

Petitioner Manuel Mendoza, by and through his attorneys of record, hereby requests a one-day extension of time in which to file his Revised [Proposed] Budget. This request is based upon the attached declaration of Darlene Ricker.

Respectfully submitted,

Dated: July 15, 2004

*Darlene M. Ricker*
Darlene M. Ricker
Counsel for Petitioner Mendoza

DOCKETED ON CM
JUL 19 2004
BY _____ 026

Request for Extension of Time to File Revised Budget Proposal - 1

28

# DECLARATION OF DARLENE RICKER

I, DARLENE RICKER, state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. This declaration is made in support of Petitioner's Request for One-Day Extension of Time in Which to File Revised [Proposed] Budget.

3. Counsel have received the Court's Order of July 12, 2004, which directed Petitioner's counsel to file a revised [proposed] budget and supporting declaration(s) no later than July 16, 2004 (the "Order").

4. Ms. Bucur and I ("counsel") have telephonically discussed the Order and have had preliminary discussions with regard to preparation of a revised [proposed] budget and the supporting declarations. Counsel have taken the Court's directives very seriously. In order to properly comply with the Order, counsel need one additional filing day, for the following reasons:

    (a) Counsel have both been engaged in preparation for and presentation of oral argument this week in the Ninth Circuit;

(b)   I have been required to make several appearances in this Court this week. These have included lengthy hearings on a complex case scheduled to begin trial July 27, 2004; and

(c)   Because of the foregoing, it has been impossible for counsel to coordinate schedules in order to properly prepare a revised [proposed] budget and declarations. We need the weekend to do so.

5.   Petitioner's revised [proposed] budget is due Friday, July 16, 2004. Counsel request an extension of one court day to Monday, July 19.

6.   If this request if granted, counsel will file the revised [proposed] budget when the Court's filing window opens at 10:00 a.m. on July 19, 2004 and will immediately provide conformed courtesy copies to chambers and to the death penalty law clerk.

7.   I apologize to the Court that the lines on this pleading paper do not match up with the line numbers in the left margin. My law clerk spent several hours attempting to rectify this problem but was unsuccessful. I will hire a computer technician so that future filings will comply with the rules.

Executed this 15th day of July, 2004, under penalty of perjury under the laws of the United States of America, at Malibu, California.

_____
DARLENE RICKER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 29170 Heathercliff Road #4, Malibu, California 90265.

At the direction of a member of the bar of this Court, I served the foregoing document described as "PETITIONER'S REQUEST FOR ONE-DAY EXTENSION OF TIME IN WHICH TO FILE REVISED BUDGET PROPOSAL" on July 15, 2003, on all interested parties in this action as follows:

Paul Roadarmel, Esq.
Deputy Attorney General
Office of Attorney General of California
300 S. Spring St., Ste. 500
Los Angeles, CA 90013-1204

Death Penalty Law Clerks
United States Courthouse – 8th fl.
312 N. Spring Street
Los Angeles, CA 90012

( )  By mail, I caused said document to be placed in an envelope, with postage thereon fully prepaid, in the United States mail at Malibu, California.

( )  By facsimile, I caused said document to be transmitted for immediate receipt to the office(s) of the addressee(s) listed above/on the attached service list to the corresponding facsimile number(s) indicated by "*."

( X )  By personal service, I caused said document to be personally delivered to the office(s) of the addressee(s) via messenger.

( )  By Federal Express, I caused said document to be delivered for overnight/next business to the office(s) of the addressee(s).

Executed on July 15, 2003, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

*[signature]*
DARLENE M. RICKER