KARYN H. BUCUR
State Bar No. 158608
24881 Alicia Parkway # E193
Laguna Hills, California 92653
Telephone: (949) 472-1092
Facsimile: (949) 470-1244

DARLENE M. RICKER
State Bar No. 151653
29170 Heathercliff Road, Ste. 4
Malibu, California 90265
Telephone: (310) 457-8600
Facsimile: (310) 457-8602

Attorneys for Petitioner
Manuel Mendoza

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | |
|---|---|
| MANUEL MENDOZA,<br><br>    Petitioner,<br><br>v.<br><br>JEANNE WOODFORD, Warden,<br><br>    Respondent. | Case No. CV 03-6194-SJO<br><br>**APPLICATION TO APPOINT SECOND PARALEGAL PURSUANT TO THIS COURT'S AUGUST 11, 2004 ORDER; DECLARATION OF DARLENE RICKER**<br><br>[PROPOSED] ORDER LODGED<br><br>*CAPITAL CASE* |

Petitioner Manuel Mendoza, by and through his counsel of record, hereby requests authorization from this Court to appoint Sydney Saucier as second paralegal pursuant to this Court's August 11, 2004 Order. This application is based upon the attached declaration of counsel, Darlene Ricker, and upon all files and records in the instant case.

August 24, 2004

Respectfully submitted,

*DMRicker*
Darlene M. Ricker
Attorney for Petitioner
Manuel Mendoza

APPLICATION TO APPOINT SECOND PARALEGAL

# DECLARATION OF COUNSEL
# [DARLENE RICKER]

I, DARLENE RICKER, state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. I am appointed as co-counsel with attorney Karyn Bucur to represent Petitioner Manuel Mendoza in the above-captioned case.

3. This declaration is made in support of Petitioner's Application to Appoint a Second Paralegal pursuant to this Court's August 11, 2004, Order.

4. The instant case is a federal capital habeas matter under the AEDPA.

5. On August 11, 2004, this Court issued an Order Approving Budget. In that Order, the Court authorized counsel to train and use the services of a second paralegal.

6. I have spoken with and interviewed the proposed second paralegal, Sydney Saucier. Co-counsel Karyn Bucur informed me that she also interviewed and personally met with Ms. Saucier on August 22, 2004. Both counsel explained the instant project requirements and deadline to Ms. Saucier.

7. Ms. Bucur and I concur that the appointment of Sydney Saucier as second paralegal is appropriate for the following reasons:

   (a) Ms. Saucier is an experienced capital case and federal criminal paralegal who worked for the Federal Public Defender, Central District of California, from August 1996 to April 2003;

(b) Ms. Saucier worked as paralegal in the habeas unit of the Federal Public Defender during that time period. She has experience in indexing documents in large federal habeas cases; and

(c) Ms. Saucier has agreed to accept appointment on the instant case at the CJA presumptive rate of $35/hour. She has represented that she is available to work on the instant case under the terms authorized in this Court's August 11, 2004 Order.

9. Based on the foregoing, I request that Sydney Saucier be appointed as a second paralegal at the rate of $35 per hour.

10. Counsel further request that Ms. Saucier be allowed to submit interim monthly vouchers (CJA-31 forms) for paralegal compensation on the above-referenced matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. This declaration was executed at Malibu, California, on August 24, 2004.

_____
DARLENE RICKER

## PROOF OF SERVICE

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 29170 Heathercliff Road #4, Malibu, California 90265.

       At the direction of a member of the bar of this Court, I served the foregoing document described as **"APPLICATION FOR APPOINTMENT OF SECOND PARALEGAL FOR PETITIONER"** on August 24, 2004, on all interested parties in this action as follows:

Paul Roadarmel, Esq.
Deputy Attorney General
Office of Attorney General of California
300 S. Spring St., Ste. 500
Los Angeles, CA 90013-1204

Capital Case Law Clerks
U.S. District Court – 8th floor
United States Courthouse
312 N. Spring Street
Los Angeles, California 90012

( x )    By mail, I caused said document to be placed in an envelope, with postage thereon fully prepaid, in the United States mail at Malibu, California.

(   )    By facsimile, I caused said document to be transmitted for immediate receipt to the office(s) of the addressee(s) listed above/on the attached service list to the corresponding facsimile number(s) indicated by "*."

(   )    By personal service, I caused said document to be personally delivered to the office(s) of the addressee(s) via messenger.

(   )    By Federal Express, I caused said document to be delivered for overnight/next business to the office(s) of the addressee(s).

Executed on August 24, 2004, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

_____
CAROL CATALDO-RAMIREZ