KARYN H. BUCUR
State Bar No. 158608
24881 Alicia Parkway, #E193
Laguna Hills, California 92653
Tel. (949) 472-1092
Fax (949) 470-1244
Email: khbucur@cox.net

DARLENE M. RICKER
State Bar No. 151653
P.O. Box 2285
Malibu, California 90265
Tel. (310) 457-8600
Fax (310) 457-8602
Email: dmricker@aol.com

Attorneys for Petitioner
MANUEL MENDOZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>JEANNE WOODFORD, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No.: CV 03-06194-SJO<br><br>**DEATH PENALTY CASE**<br><br>PETITIONER'S UNOPPOSED REQUEST FOR FURTHER EXTENSION OF TIME IN WHICH TO FILE TRAVERSE; DECLARATION OF DARLENE RICKER<br><br>[PROPOSED] ORDER LODGED |

Petitioner Manuel Mendoza, by and through his attorneys of record, hereby requests a further 14-day extension of time to March 27, 2006 in which to file his Traverse. This request is unopposed and is based upon the attached declaration of counsel, Darlene Ricker.

DOCKETED ON CM
MAR 14 2006
BY _____ 002



Unopposed Request for Further Extension of Time to File Traverse - 1

1
2           Respectfully submitted,
3 Dated: March 9, 2006
4           *DMRicker*
            Darlene M. Ricker
5           Counsel for Petitioner
            Manuel Mendoza
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF DARLENE RICKER

I, DARLENE RICKER, state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. This declaration is made in support of Petitioner's Unopposed Request for Further Extension of Time in Which to File Traverse.

3. The Court has previously granted several requests by Petitioner for extensions of time to file the traverse.

4. The traverse is currently due March 13, 2006.

5. Petitioner's counsel have diligently worked toward preparation of the traverse. The traverse is approximately 85 percent complete. Co-counsel Karyn Bucur completed her portion of the work on the traverse last week and emailed it to me. Ms. Bucur and I had agreed that I would complete the remainder of the traverse this week and timely file it on or before March 13, 2006.

6. I am unable to complete and timely file the traverse because I have severe bronchitis which this week developed into pneumonia. Today my doctor scheduled me for additional medical and laboratory tests

**Unopposed Request for Further Extension of Time to File Traverse - 3**

and directed me to remain on bed rest until the test results are obtained during the coming week of March 13.

7. When I realized I would be unable to timely complete my portion of the traverse, I asked Ms. Bucur to perform that work in my stead and timely file the traverse. Ms. Bucur stated that she would have done so if possible but that she could not because of conflicting deadlines on her other cases.

8. At my request, Ms. Bucur contacted Deputy Attorney General Paul Roadarmel on March 9 and informed him of the foregoing. Mr. Roadarmel stated that Respondent has no objection to Petitioner's request for an additional 14 days in which to file the traverse.

9. Based on the foregoing, I respectfully request that the Court grant a further extension of time, up to and including March 27, 2006, in which to file the traverse.

Executed this 9th day of March, 2006, under penalty of perjury of the laws of the United States of America, at Malibu, California.



DARLENE RICKER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is PO Box 2285, Malibu, California 90265.

At the direction of a member of the bar of this Court, I served the foregoing document described as **"PETITIONER'S UNOPPOSED REQUEST FOR FURTHER EXTENSION OF TIME IN WHICH TO FILE TRAVERSE** on March 10, 2006, on all interested parties in this action as follows:

(X)  By mail, I caused said document to be placed in an envelope, with first-class postage thereon fully prepaid, in the United States mail at Malibu, California:

Paul Roadarmel, Esq.
Deputy Attorneys General
Office of Attorney General of California
300 S. Spring St., Ste. 500
Los Angeles, CA 90013-1204

(X)  By personal service, I personally hand-delivered to the office(s) of the addressee(s):

Capital Case Law Clerks
United States Courthouse – 8th fl.
312 N. Spring Street
Los Angeles, CA 90012

Executed on March 10, 2006, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

_____
KAREN VAN HOEPEN