XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
PAUL M. ROADARMEL, JR.
Supervising Deputy Attorney General
State Bar No. 126239
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6197
  Fax:  (213) 897-6496
  E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

Tracy Dressner
State Bar No. 151765
2629 Foothill Boulevard #324
La Crescenta, CA 91214
Telephone:  (818) 426-0080
E-mail:  tdressner@yahoo.com

Karyn H. Bucur
State Bar No. 158608
24881 Alicia Parkway, E 193
Laguna Hills, CA 92653
Telephone:  (949) 472-1092
Fax:  (949) 470-1244
Email: khbucur@cox.net
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL MENDOZA,**<br><br>                         Petitioner,<br><br>v.<br><br>**RONALD DAVIS, Acting Warden of San Quentin State Prison,**<br><br>                         Respondent. | **CAPITAL CASE**<br><br>Case No.  CV-03-6194 SJO<br><br>**JOINT APPLICATION FOR ENLARGEMENT OF TIME TO LODGE MISSING PORTIONS OF THE RECORD; DECLARATION OF PAUL M. ROADARMEL, JR.**<br><br>The Honorable S. James Otero<br>United States District Judge |

Petitioner and Respondent jointly apply to this Court for an enlargement of time, to and including October 20, 2018, in which to lodge missing portions of the record, as required by this Court's order dated September 10, 2018 (Order), with the present due date of September 20, 2018.

This Application is made for good cause, as set forth in the attached declaration of Paul M. Roadarmel, Jr.

Dated: September 14, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General

*/s/ Paul M. Roadarmel, Jr.*
PAUL M. ROADARMEL, JR.
Supervising Deputy Attorney General
*Attorneys for Respondent*

PMR:ez
LA2003XW0003
62952330.docx

## DECLARATION OF PAUL M. ROADARMEL JR.

I, PAUL M. ROADARMEL, JR. hereby declare:

1. I am a Supervising Deputy Attorney General assigned to the case of *Manuel Mendoza v. Jeanne Woodford, Warden of California State Prison at San Quentin*, CV 03-6194 SJO, on behalf of Respondent. Neither Respondent nor Petitioner has previously sought any enlargements of time to respond to the Order.

2. The Order requires the parties to lodge with the Court copies of the following portions of the record within ten days of the date of the Order, or by September 20, 2018:

Volumes 1, 4, and 7 of the state habeas appendix, including any volumes higher than 8, if they exist;

Volume 2 of the Clerk's Transcript, including pages 468 to 655;

Volume 20 of the Reporter's Transcript, including pages 3065 to 3155; and

Volumes 21 and 22 of the Reporter's Transcript, specifically, pages 3467 to 3470 and 3472 to 3485, respectively, which concern in camera proceedings that were reported separately and filed under seal but not lodged in this case.

For the reasons set forth below, the parties will be unable to lodge the required documents by the current due date.

3. Upon receiving the Order on September 10, 2018, I immediately searched my office file and identified all documents responsive to the Order (including volume 9 of the state habeas appendix), with the exception of the in camera proceedings filed separately under seal as indicated in volumes 21 and 22 of the Reporter's Transcript. Those portions of the transcript were not provided to Respondent as part of the state appellate record; consequently, Respondent does not have them in its possession. I communicated via email with Karyn Bucur, one of Petitioner's attorneys, regarding the Order, and she informed me that she and co-counsel Tracy Dressner were in the process of determining whether they were in possession of those sealed transcripts.

4. Respondent is in possession of all other documents identified in the Order. The documents are voluminous, particularly the appendices, and will require a substantial amount of time to scan and lodge with the Court. In addition, I am informed that counsel for Petitioner will need time to locate any sealed transcripts in their possession, and prepare them for lodging. As a result, the parties need more time to comply with the Order.

5. For the foregoing reasons, the parties request a 30-day enlargement of time, to and including October 20, 2018, in which to lodge the missing portions of the record in their possession.

I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 14th day of September, 2018, at Los Angeles, California.

*/s/ Paul M. Roadarmel, Jr.*
PAUL M. ROADARMEL., JR.
Supervising Deputy Attorney General