1  XAVIER BECERRA
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  LANCE E. WINTERS
   Senior Assistant Attorney General
4  JAMES WILLIAM BILDERBACK II
   Supervising Deputy Attorney General
5  PAUL M. ROADARMEL, JR.
   Supervising Deputy Attorney General
6  State Bar No. 126239
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 269-6197
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  **MANUEL MENDOZA,**

16                                   Petitioner,

17       **v.**

18  **RONALD DAVIS, Acting Warden of
    San Quentin State Prison,**

19

20                                   Respondent.

**CAPITAL CASE**

Case No.  CV-03-6194 SJO

**RESPONDENT'S NOTICE OF LODGING OF DOCUMENTS IN ITS POSSESSION IN RESPONSE TO ORDER DATED SEPTEMBER 10, 2018**

The Honorable S. James Otero
United States District Judge

21       Respondent hereby lodges the following documents in its possession in

22  response to this Court's order dated September 10, 2018 (the Order):

23       1.    **Record of Habeas Corpus Proceedings in *In re Manuel Mendoza*,**

24  **California Supreme Court No. S065595**:

25            Volume 1 Appendices 1-46 Part 1

26            Volume 1 Appendices 1-46 Part 2

27            Volume 1 Appendices 1-46 Part 3

28  *///*

1    Volume 4 Appendices 62-77 Part 1

2    Volume 4 Appendices 62-77 Part 2

3    Volume 7 Appendices 98-122 Part 1

4    Volume 7 Appendices 98-122 Part 2

5    Volume 9 Appendices 152-172

6        2.    **Record of Trial Proceedings in People v. Manuel Mendoza, Los**

7    **Angeles County Superior Court No. A778709:**

8        Clerk's Transcript, volume 2, pages 468 to 654 (although the Order

9    reflects that volume 2 includes page 655, volume 3—which was lodged

10   previously—actually starts on page 655); and

11       Reporter's Transcript, volume 20, pages 3065 to 3155.

12       Respondent was not provided, and thus does not have in its possession, the

13   sealed portions of the Reporter's Transcript identified in the Order as pages 3467 to

14   3470 of volume 21, or pages 3472 to 3485 of volume 22.

15   Dated:  September 28, 2018                    Respectfully submitted,

16                                                XAVIER BECERRA
                                                  Attorney General of California
17                                                GERALD A. ENGLER
                                                  Chief Assistant Attorney General
18                                                LANCE E. WINTERS
                                                  Senior Assistant Attorney General
19                                                JAMES WILLIAM BILDERBACK II
                                                  Supervising Deputy Attorney General
20

21

22                                                *s/Paul M. Roadarmel, Jr.*
                                                  PAUL M. ROADARMEL, JR.
23                                                Supervising Deputy Attorney General
                                                  *Attorneys for Respondent*

24   PMR:ez
     LA2003XW0003
25   62973196.docx

26

27

28