JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDOZA, | Case No. LA CV 03-6194 JGB |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **JUDGMENT** |
| RON BROOMFIELD, Warden, California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to the Order Denying Habeas Relief,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

The Clerk is ordered to enter this judgment.

IT IS SO ORDERED.

Dated:  October 25, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE